RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 3 / 21 / 12

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| VERONICA MICHELLE ELDER,<br>    Appellant | CIVIL ACTION<br>1:11-CV-00631 |
| VERSUS | |
| U.S. COMMISSIONER OF SOCIAL SECURITY,<br>    Appellee | JUDGE JAMES T. TRIMBLE<br>MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Elder's appeal is GRANTED, the final decision of the Commissioner is REVERSED, and Elder is held to be disabled pursuant to Listing 5.05D as of October 20, 2008. Accordingly, IT IS ORDERED that this case is REMANDED to the Commissioner for the calculation and payment of disability insurance benefits.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 21st day of March, 2012.

JAMES T. TRIMBLE, JR
UNITED STATES DISTRICT JUDGE